

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Michael Bruce Vaughn, individually
and as Trustee of the G.D. and Sue
Vaughn Trust; and Linda Nell Vaughn,

Vs. No. 11-23-00200-CV

Shelby Isaacs Vaughan and Shaina
Isaacs Bostick,

\* From the 132nd District Court
 of Borden County,
 Trial Court No. 1385.

\* March 27, 2025

\* Opinion by Williams, J.
 (Panel consists of: Bailey, C.J.,
 Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the orders below. Therefore, in accordance with this court's opinion, the orders of the trial court are in all things affirmed. The costs incurred by reason of this appeal are taxed against Michael Bruce Vaughn, individually and as Trustee of the G.D. and Sue Vaughn Trust; and Linda Nell Vaughn.